

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-15-00201-CV

**IN RE TEXAS MUNICIPAL LEAGUE JOINT SELF-INSURANCE FUND**
a/k/a The Texas Municipal League Intergovernmental Risk Pool

Original Proceeding[1]

PER CURIAM

Sitting:  Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice

Delivered and Filed:  April 15, 2015

PETITION FOR WRIT OF INJUNCTION DENIED

On April 6, 2015, relator filed a petition for writ of injunction. The court has considered relator's petition and is of the opinion that relator is not entitled to the relief sought.

This court is authorized to grant injunctive relief for the purpose of protecting its jurisdiction over a pending appeal and to preserve the subject matter of the litigation so that its decree will be effective. *See Becker v. Becker*, 639 S.W.2d 23, 24 (Tex. App.—Houston [1st Dist.] 1982, no writ). A writ of injunction is not appropriate, however, merely to preserve the status quo or to prevent possible loss or damage to one of the parties to a pending appeal. *Id*.; *see also Pace v. McEwen*, 604 S.W.2d 231, 233 (Tex. Civ. App.—San Antonio 1980, no writ). We note that

---

[1] This proceeding arises out of Cause No. 14-10-53721-CV, styled *Housing Authority of the City of Alice v. Texas Municipal League Joint Self-Insurance Fund and Texas Municipal League Intergovernmental Risk Pool*, pending in the 79th Judicial District Court, Jim Wells County, Texas, the Honorable David A. Sanchez presiding.

relator is also the appellant in a related appeal currently pending in this court.[2] Because both this court and the district court have authority to grant appropriate relief to the parties, the injunctive relief sought by relator in this original proceeding is not necessary to protect the subject matter of the appeal from being destroyed. *See Becker*, 639 S.W.2d at 25. Accordingly, relator's petition for writ of injunction is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[2] Appellant's notice of appeal was filed on February 10, 2015 in Appeal No. 04-15-00069-CV, styled *Texas Municipal League Joint Self-Insurance Fund and Texas Municipal League Intergovernmental Risk Pool v. Housing Authority of City of Alice*. The appeal remains pending before this court.